**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

STEFANIE DIMIC,  CASE NO. 24-40078-KKS
  CHAPTER: 13

    Debtor.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF CASE

**COMES NOW**, the Debtor, Stefanie Dimic, by and through her undersigned counsel, and files a Notice of Voluntary Dismissal of Case, pursuant to 11 U.S.C. §1307(b), and in support states:

1. The Debtor filed a voluntary petition for relief under Title 11, United States Code, in the United States Bankruptcy Court, Northern District of Florida, Tallahassee Division, on February 29, 2024.

2. The Debtor does not wish to proceed in the instant Chapter 13 case, and request that the Court dismiss this case pursuant to Section 1307(b).

**WHEREFORE**, the Debtor requests the Court dismiss this case and for all other relief the Court deems just.

**RESPECTFULLY SUBMITTED** this 6th day of May, 2024.

                                                **BRUNER WRIGHT, P.A.**
                                                2868 Remington Green Circle
                                                Suite B
                                                Tallahassee, FL 32308
                                                Office: (850) 385-0342
                                                Fax: (850) 270-2441

                                    By:    */s/ Byron W. Wright III*
                                                BYRON W. WRIGHT III
                                                Florida Bar No.: 118971
                                                twright@brunerwright.com

## **CERTIFICATE OF SERVICE**

I, Byron W. Wright III, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on May 6, 2024, to the following persons at the email addresses noted herein:

Leigh A. Duncan
ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net

Chad D. Heckman on behalf of Creditor Credit Acceptance Corp.
eservice@heckmanlawgroup.com

Samantha A. Kelley on behalf of Debtor Stefanie Dimic
skelley@brunerwright.com,
twright@brunerwright.com;laura@brunerwright.com;melanie@brunerwright.com

Rick A. Savage on behalf of Creditor Benedicto Ortega
rick@savagelawoffice.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

DATE: May 6, 2024

*/s/ Byron W. Wright III*
BYRON W. WRIGHT III, Esquire
Florida Bar No.: 118971
twright@brunerwright.com